STATE of Missouri, Respondent,

v.

**Dwight J. ELIAS, Appellant.**

**No. WD 39988.**

Missouri Court of Appeals,
Western District.

Oct. 11, 1988.

James L. Lyons, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and BERREY and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction upon a jury tried case of murder in the second degree, section 565.021, RSMo 1986, and armed criminal action, section 571.015, RSMo 1986, and sentence of ten years' imprisonment on each count. Judgment affirmed. Rule 30.25(b).